No. 11–10514. GORBATOVA v. GREATER LYNN SENIOR SERVICES, INC., AKA GLSS, INC. C. A. 1st Cir. Certiorari denied.

No. 11–10515. DERRINGER v. TERMAIN ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 11–10516. BELITZ v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 11–10517. ANDERSON v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10518. CHUPP v. CARNEYGEE, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 11–10519. PROFIT v. FREDERICK, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–10522. ROWE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10523. MILLEN v. CARTER. C. A. 11th Cir. Certiorari denied.

No. 11–10526. PLUMMER v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10527. MORRIS v. CHAVEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10535. BERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10536. BASAT v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10538. McCOY v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10539. MACWILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10540. LACOUR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10541. MAYS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.